IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.:

RACHEL MIRAGLIA and
ROB MIRAGLIA, her husband,

      Plaintiffs,

v.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD.,

      Defendant.

_____/

## **COMPLAINT**

Plaintiffs, RACHEL MIRAGLIA and ROB MIRAGLIA, by and through their undersigned attorney, sues the Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., and alleges:

1.    This is an action for damages which exceeds the sum of Fifty Thousand Dollars ($50,000.00).

2.    At all times material hereto, Plaintiffs, RACHEL MIRAGLIA and ROB MIRAGLIA, were a resident of Orange County, Florida.

3.    At all times material hereto, Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., is and has been a Florida Profit Corporation conducting business in Orlando, Orange County, Florida.

4.    This Court has jurisdiction over the subject matter of this Complaint and the parties to this cause of action because the incident which is the subject of this

Complaint occurred in Orlando, Orange County, Florida.

5.     On or about May 30, 2022, Plaintiff, RACHEL MIRAGLIA, was an invitee (i.e. visitor) at the aforementioned Universal Studios Theme Park (Volcano Bay) owned, managed or controlled by the Defendant where she was severely injured when she was instructed by the agents, contractors, vendors and/or employees of Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD, who were at all times acting within the course and scope of their agency/contract/employment to sit backwards on a raft ride that flipped Plaintiff off the raft, causing her to violently strike her head on the concrete bottom of the pool. Further, pursuant to Florida law at all times relevant, Defendant had a non-delegable duty with respect to the property, condition and activities of its agents, contractors, vendors and/or employees, including duty to hire, train, supervise the person(s) who caused or contributed to the subject condition and non-delegable duties to maintain, inspect, warn, fix, repair, or otherwise prevent this foreseeable condition and the injuries from it.

6.     As a result of Defendant's negligence, Plaintiff, RACHEL MIRAGLIA, sustained serious injuries, including, but not limited to, mental anguish and other damages.

## COUNT I

Plaintiff, RACHEL MIRAGLIA, reaffirms and realleges the allegations contained in paragraphs 1 – 6 of the Complaint, as though fully set forth herein, and further states:

7.     Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., as manager, supervisor and operator of the aforesaid individuals, thru its/their negligence, caused the creation of the dangerous and/or hazardous condition on the subject premises which injured Plaintiff, RACHEL MIRAGLIA, and as the entity that had control over the invitees and how they rode the rides, had a duty to train and supervise its employees, and properly instruct the invitees in a reasonably safe and secure manner so as to avoid creating dangerous and hazardous conditions which cause injury to Plaintiff and other individuals on the subject premises, and also had a duty to warn Plaintiff of these dangerous conditions, including the one previously alleged, which it knew and created or should have known existed and which constituted an unreasonable risk of harm to Plaintiff.

8.     Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., negligently breached the aforementioned duties by:

    a.  Creating the condition which caused Plaintiff's injury;

    b.  Failing to train, supervise its agents and employees, failing to properly instruct or load its riders on the premises in a reasonably safe condition;

    c.  Failing to warn customers and business invitees, such as the Plaintiff, of the danger presented by the dangerous conditions;

    d.  Failing to timely and properly inspect its riders pre-ride for any potentially dangerous or unsafe conditions, including the one previously alleged that caused Plaintiff's injury, and failing to timely

and properly correct the dangerous condition on its property that caused the Plaintiff sustain injuries and other damages; and

e. Failing to otherwise exercise due care with respect to the matter alleged in the Complaint.

9.    As a direct and proximate result of the foregoing negligence Plaintiff, RACHEL MIRAGLIA, was hurt in and about their extremities, experienced pain and suffering, incurred medical expenses for the treatment of bodily injuries, suffered physical handicap, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical and nursing care and treatment, loss of earnings and loss of ability to earn money. Plaintiff's injuries are permanent, within a reasonable degree of medical probability, and said Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, RACHEL MIRAGLIA, demands judgment for damages in excess of Fifty Thousand Dollars ($50,000.00) against Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., for damages, plus attorneys' fees and costs, any other further relief the Court deems just and proper, and demands trial by jury of all issues so triable.

## COUNT II

Plaintiff, RACHEL MIRAGLIA, realleges and incorporates the allegations contained in Paragraphs 1 – 6 of this Complaint, as though fully set forth herein, and further states:

10.    Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., as owner of the manager, supervisor and operator of the aforesaid individuals, thru

its/their negligence, caused the creation of the dangerous and/or hazardous condition on the subject premises which injured Plaintiff, RACHEL MIRAGLIA, and had a duty to create, implement, supervise and enforce compliance with policies and procedures to train and supervise its employees, and maintain its riders in a reasonably safe and secure manner so as to avoid creating dangerous and hazardous conditions which cause injury to Plaintiff and other individuals around the subject premises, and also had a duty to create, implement, supervise and enforce compliance with policies and procedures to inspect its operations, including rides, and had a duty to create, implement, supervise and enforce compliance with policies and procedures to warn Plaintiff of these dangerous conditions, including the one previously alleged, which it knew and created or should have known existed and which constituted an unreasonable risk of harm to Plaintiff.

11. Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., negligently breached the aforementioned duties by:

  a. Implementing policies, procedures, and practices which foreseeably caused or contributed to the existence of the dangerous condition described herein;

  b. Failing to implement policies, procedures and practices which would prevent the foreseeable dangerous condition described herein;

  c. Otherwise causing, contributing to or condoning conduct and activity which foreseeably would cause or contribute to the creation of the dangerous condition described herein.

12. As a direct and proximate result of the foregoing negligence Plaintiff,

RACHEL MIRAGLIA, was hurt in and about their extremities, experienced pain and suffering, incurred medical expenses for the treatment of bodily injuries, suffered physical handicap, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical and nursing care and treatment, loss of earnings and loss of ability to earn money. Plaintiff's injuries are permanent, with a reasonable degree of medical probability, and said Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, RACHEL MIRAGLIA, demands judgment for damages in excess of Fifty Thousand Dollars ($50,000.00) against Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., for damages, plus attorneys' fees and costs, any other further relief the Court deems just and proper, and demands trial by jury of all issues so triable.

## COUNT III

Plaintiff, RACHEL MIRAGLIA, realleges and incorporates the allegations contained in Paragraphs 1 – 6 of this Complaint, as though fully set forth herein, and further states:

13.    As a direct and proximate result of the aforesaid negligence of the employee, agent and/or representative of the Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., the Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., is vicariously liable under the doctrine of respondeat superior.

14.    Plaintiff, RACHEL MIRAGLIA, was hurt in and about their extremities, experienced pain and suffering, incurred medical expenses for the treatment of bodily injuries, suffered physical handicap, disability, disfigurement, mental

anguish, loss of capacity for the enjoyment of life, medical and nursing care and treatment, loss of earnings and loss of ability to earn money. Plaintiff's injuries are permanent, with a reasonable degree of medical probability, and said Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, RACHEL MIRAGLIA, demands judgment for damages in excess of Fifty Thousand Dollars ($50,000.00) against Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., for damages, plus attorneys' fees and costs, any other further relief the Court deems just and proper, and demands trial by jury of all issues so triable.

## COUNT IV

Plaintiff, RACHEL MIRAGLIA, realleges and incorporates the allegations contained in Paragraphs 1 – 6 of this Complaint, as though fully set forth herein, and further states:

15.     Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., had actual or constructive knowledge that employees, agent and/or representatives, engaged in or had propensity to engage in conduct which is dangerous to others including guests and invitees such as Plaintiff. Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., had the ability to control its employees, agents and/or representatives such that it could have prevented or substantially reduced the probability of harm to the Plaintiff and others. Had Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., exercised due diligence and authority over its employees, agent and/or representatives, thru hiring, training and/or supervising the conduct and injuries and damages described herein

would reasonably have been prevented.

16.    As a direct and proximate result of the foregoing negligence Plaintiff, RACHEL MIRAGLIA, was hurt in and about their extremities, experienced pain and suffering, incurred medical expenses for the treatment of bodily injuries, suffered physical handicap, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical and nursing care and treatment, loss of earnings and loss of ability to earn money. Plaintiff's injuries are permanent, with a reasonable degree of medical probability, and said Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, RACHEL MIRAGLIA, demands judgment for damages in excess of Fifty Thousand Dollars ($50,000.00) against Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., for damages, plus attorneys' fees and costs, any other further relief the Court deems just and proper, and demands trial by jury of all issues so triable.

## <u>COUNT V – LOSS OF CONSORTIUM</u>

Plaintiff, ROB MIRAGLIA, restates and realleges paragraphs 1 – 16 as though fully set forth herein, and further states:

17.    As a direct and proximate result of Defendant's negligence, Plaintiff, ROB MIRAGLIA, has suffered and will continue to suffer the loss of his spouse's services, support, consortium and the care and comfort of her society.

WHEREFORE, Plaintiff, ROB MIRAGLIA, demands judgment for damages against Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., for

damages, plus attorneys' fees and costs, any other further relief the Court deems just and proper, and demands trial by jury of all issues so triable.

Dated this May 9, 2024.

/S/JOSHUA A. ANDONE
JOSHUA A. ANDONE, ESQ.
Fla. Bar No.: 111335
ANDONE LAW, P.A.
8815 Conroy Windermere Road #241
Orlando, Florida 32835
T: 407.589.9388  F: 407.635.1202
Service@AndoneLaw.com
Attorney for Plaintiffs